UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| RANEE RATHEE., | ) | CASE NO. 18-07091-JMC-13 |
| Debtor. | ) | |

## NOTICE OF WITHDRAWAL OF CLAIM

Claim No. 9 was filed on February 27, 2019 by creditor c/o Steven C. Earnhart. The filing party now notifies the Court that this claim is withdrawn.

                                                              Respectfully submitted,

                                                              THRASHER BUSCHMANN & VOELKEL, P.C.

                                                             /s/Steven C. Earnhart, Esq.
                                                             Steven C. Earnhart, Attorney No. 18618-49
                                                             Thrasher Buschmann & Voelkel, PC
                                                             151 N. Delaware Street, Suite 1900
                                                             Indianapolis, IN  46204
                                                             317/686-4773 || 317/686-4777 fax
                                                             earnhart@indiana-attorneys.com

## CERTIFICATE OF SERVICE

       I hereby certify that on February 28, 2019, a copy of the foregoing Notice of Withdrawal of Claim was filed electronically. I further certify that on February 28, 2019, a copy of the foregoing was served by electronic filing or mailed by first-class U.S. Mail, postage prepaid, and properly addressed to the following:

| | |
|---|---|
| Michael Steven Cox<br>gloyeskilawin@hotmail.com | U.S. Trustee<br>Ustpregion10.in.ecf@usdoj.gov |
| Ann M. DeLaney<br>ecfdelaney@trustee13.com | Ranee Sawmya Rathee<br>350 N. Meridian St., Unit A301<br>Indianapolis, IN  46204 |

                                                              /s/Steven C. Earnhart
                                                              Steven C. Earnhart

S:\COLLECTIONS\IAC Lofts [090491]\Rathee, Ranee - (Fogarty)\Bankruptcy 2018\Withdrawal of Bankruptcy Claim.docx